UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| In re:<br><br>JEFFERY H. BAYES<br><br>Debtor. | Case No. 25-90845<br><br>Chapter 13 |
| RABO AGRFINANCE LLC<br><br>Plaintiff,<br><br>v.<br><br>JEFFERY H. BAYES<br><br>Defendant. | Case No. 25-90845-AKM-13<br><br>Adv. Pro. No. 26-59007 |

## *AMENDED* ANSWER TO AMENDED COMPLAINT

Comes now Jeffery H. Bayes and answers the complaint (the "Complaint") filed by Rabo AgriFinance LLC ("Plaintiff" or "Rabo") as follows.

### PRELIMINARY STATEMENT

1. The Defendant denies the allegations in paragraph 1.

### PARTIES, JURISDICTIONS AND VENUE

2. Defendant admits the allegation in paragraph 2.
3. Defendant admits the allegation in paragraph 3.
4. Defendant admits the allegation in paragraph 4.
5. Defendant admits the allegation in paragraph 5.
6. Defendant admits the allegation in paragraph 6.

## FACTS

7. No response is necessary to the allegation in paragraph 7, and Jeffery Bayes consents to the bankruptcy court's entry of final orders or judgment.

8. Defendant admits the allegation in paragraph 8.

9. Defendant admits the allegation in paragraph 9.

10. Defendant admits the allegation in paragraph 10.

11. No response is necessary to the allegation in paragraph 11, as the document speaks for itself.

12. No response is necessary to the allegation in paragraph 12, as the document speaks for itself.

13. No response is necessary to the allegation in paragraph 13, as the document speaks for itself.

14. No response is necessary to the allegation in paragraph 14, as the document speaks for itself.

15. No response is necessary to the allegation in paragraph 15, as the document speaks for itself.

16. Defendant is without knowledge sufficient to form a belief as to the truth or falsity of the allegations in paragraph 16 of the Complaint and therefore denies them.

17. Defendant is without knowledge sufficient to form a belief as to the truth or falsity of the allegations in paragraph 17 of the Complaint and therefore denies them.

18. Defendant admits two additional draws were made but denies all remaining allegations in paragraph 18.

19. The Defendant denies the allegations in paragraph 19.

20. No response is necessary to the allegation in paragraph 20 as the Schedules speak for themselves.

**COUNT I**
**DETERMINATION OF NONDISCHARGEABILITY PURSUANT TO 11 U.S.C.§ 523 (a)(2)(A)**

21. The Defendant denies the allegations in paragraph 21.

22. Defendant is without knowledge sufficient to form a belief as to the truth or falsity of the allegations in paragraph 22 of the Complaint and therefore denies them.

23. No response is necessary to the allegation in paragraph 23 as the Proof of Claim speaks for itself.

24. The allegations contained in the proceeding paragraphs are realleged and reincorporated as if fully set forth herein.

25. The Defendant denies the allegations in paragraph 25.

26. The Defendant denies the allegations in paragraph 26.

27. Defendant denies the allegation in paragraph 27.

28. Defendant denies the allegation in paragraph 28.

29. The Defendant denies the allegations in paragraph 29.

30. Defendant denies the allegation in paragraph 30.

31. No response is necessary to the allegation in paragraph 31 as the document speaks for itself.

**COUNT II**
**DETERMINATION OF NONDISCHARGEABILITY PURSUANT TO 11 U.S.C.§ 523 (a)(2)(A)**

32. Defendant denies the allegation in paragraph 32.

33. Defendant denies the allegation in paragraph 33.

34. As and for Affirmative Defenses, the Defendant pleads, assumption of risk, contributory negligence, estoppel and waiver.

WHEREFORE the Defendant demands as follows:

(1) The Complaint be dismissed with prejudice;

(2) For his costs expended herein; and

(3) For any and all further relief he may be entitled to.

DATED: AUGUST 19, 2026

Respectfully submitted,

*/s/ Neil C. Bordy*

NEIL C. BORDY
SEILLER WATERMAN LLC
Meidinger Tower – 22nd Floor
462 S. Fourth Street
Louisville, Kentucky 40202
Telephone: (502) 584-7400
Email: bordy@derbycitylaw.com
*Counsel for Jeffery H. Bayes*

## CERTIFICATE OF SERVICE

On August 19, 2026, I filed a copy of this pleading electronically. Notice of the filing will be sent via the Court's E-Filing system to the opposing party in care of the following, among others:

- Eudora F.S. Arthur, *Counsel for Rabo AgriFinance LLC.*: dorie.arthur@wbd-us.com

/s/ Neil C. Bordy
NEIL C. BORDY

g:\doc\ncb\bayes, jeffery\drafts\amended answer rabo.docx